# Exhibit C

### IN CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
### FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| DAVID BISHOP,<br><br>        Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br>VGOD, INC., and NEW AGE<br>INVESTMENTS OF CORDOVA, LLC<br>d/b/a CREATE A CIG CORDOVA<br><br>        Defendants. | Case No. CT-004748-18 |

### NOTICE OF FILING NOTICE OF REMOVAL

Defendant New Age Investments of Cordova, LLC hereby gives written notice that this action has been removed to the United States District Court for the Western District of Tennessee, Western Division. A true and accurate copy of the Notice of Removal is attached hereto as Exhibit 1.

Respectfully submitted this 21st day of February, 2019.

*/s/ Albert G. McLean*

Albert G. McLean
SPICER RUDSTROM, PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
Tel: 901-523-1333
Fax: 901-526-0213
amclean@spicerfirm.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing Notice of Removal to be served via U.S. Mail and electronic mail, properly addressed as follows:

David W. Hill, Esq.
Jason Yasinsky, Esq.
NAHON, SAHAROVICH & TROTZ, PLC
488 South Mendenhall Road
Memphis, TN 38117
dhill@nstlaw.com
*Counsel for Plaintiff David Bishop*

This 21st day of February, 2019.

Albert G. McLean
SPICER RUDSTROM, PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
Tel: 901-523-1333
Fax: 901-526-0213
amclean@spicerfirm.com