# Exhibit D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DAVID BISHOP,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br>VGOD, INC., and NEW AGE<br>INVESTMENTS OF CORDOVA, LLC<br>d/b/a CREATE A CIG CORDOVA<br><br>Defendants. | Case No. _____<br><br>**JURY DEMAND** |

## VGOD, INC.'S CONSENT TO NOTICE OF REMOVAL

Defendant VGOD, Inc. is familiar with the terms of the Notice of Removal of Defendant New Age Investments of Cordova, LLC. VGOD, Inc. hereby consents to the removal of this action to this Court from the Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis.

Dated this 21st day of February, 2019.

Respectfully submitted,

**CARR ALLISON**

BY: /s/ Sean W. Martin
**SEAN W. MARTIN, BPR #020870**
Attorney for Defendant VGOD, Inc.
651 E. 4th St., Suite 100
Chattanooga, TN 37403
(423) 648-9832 / (423) 648-9869
swmartin@carrallison.com