# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DAVID BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:19-cv-02127 |
| ) | |
| LG ELECTRONICS USA, INC..; ) | |
| VGOD, INC.; and NEW AGE ) | |
| INVESTMENTS OF CORDOVA ) | |
| LLC d/b/a/ CREATE A CIG ) | |
| CORDOVA ) | |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE OF LIMITED APPEARANCE

William J. Rieder of the law firm of Spears, Moore, Rebman & Williams, P.C. hereby enters his appearance as counsel for LG Electronics USA, Inc. ("LGEUSA") in the above matter. P. Michael Freed and Marcus T. Strong of the law firm of Lewis Brisbois Bisgaard & Smith, LLP also will serve as counsel for LG Electronics USA, Inc. and have file a Motion to the Court for admission *pro hac vice*. The purpose of this Amended Notice of Limited Appearance is to inform the Court of the removal of and Barret S. Albritton of the law firm of Spears, Moore, Rebman & Williams, P.C. as counsel for LGEUSA.

Respectfully submitted this 20th day of March 2019.

| | SPEARS, MOORE, REBMAN & WILLIAMS, P.C. |
|---|---|
| 601 Market Street, Suite 400 | |
| Chattanooga, TN 37402 | */s/ William J. Rieder* |
| 423.756.7000 (t) | William J. Rieder |
| 423.756.4801 (f) | BPR 26551 |
| wjr@srmw.com | *Counsel for LG ELECTRONICS USA, INC.* |
| | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| 1180 Peachtree Street, NE, Suite 2900 | |
| Atlanta, GA 30309 | |
| 404.348.8585 (t) | P. Michael Freed (*pro hac vice to be filed*) |
| 404.467.8845 (f) | Georgia Bar No.: 061128 |
| Michael.Freed@lewisbrisbois.com | Marcus T. Strong (*pro hac vice to be filed*) |
| Marcus.Strong@lewisbrisbois.com | Georgia Bar No.: 397186 |
| | *Counsel for LG ELECTRONICS USA, INC.* |

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 20, 2019 a true and correct copy of the foregoing document was forwarded as follows:

| | |
|---|---|
| ☐ By U.S. Mail, postage pre-paid<br><br>☒ By electronic means through the Court's ECF System | David Brose, Esq.<br>Langdon & Emison<br>911 Main Street<br>Lexington, MO 64067<br>david@lelaw.com |
| ☐ By U.S. Mail, postage pre-paid<br><br>☒ By electronic means through the Court's ECF System | David W. Hill, Esq.<br>Nahon, Saharovich & Trotz, PLC<br>488 South Mendenhall Road<br>Memphis, TN 38117<br>dhill@nstplc.com |
| ☐ By U.S. Mail, postage pre-paid<br><br>☒ By electronic means through the Court's ECF System | Albert G. McLean, Esq.<br>Spicer, Rudstrom, PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>amclean@spicerfirm.com |

**SPEARS, MOORE, REBMAN & WILLIAMS, P.C.**

*/s/ William J. Rieder*
William J. Rieder
BPR 26551

*Counsel for Defendant LG Electronics USA, Inc.*