## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **DAVID BISHOP,** | * |
| | * |
| Plaintiff, | * |
| | * No. 2:19-CV-02127 |
| v. | * |
| | * JURY DEMAND |
| **LG ELECTRONICS USA, INC., VGOD, INC., and NEW AGE INVESTMENTS OF CORDOVA LLC d/b/a CREATE A CIG CORDOVA,** | * |
| | * |
| | * |
| | * |
| | * |
| Defendants. | * |

## NOTICE OF AGREEMENT TO A MEDIATOR

COME NOW the parties, Plaintiff David Bishop, and Defendants, LG Electronics USA, Inc., VGOD, Inc., and New Age Investments of Cordova, LLC d/b/a Create a Cig Cordova, pursuant to the Court's Scheduling Order and section 5.4(b) of the Court's *ADR Plan*, to advise the Court that the parties have agreed on James D. Kay, Jr., Kay Griffin, PLLC, 222 Second Avenue North, Suite 340 M, Nashville, TN 37201, to serve as the mediator to mediate this case.

Respectfully submitted,

**SPEARS, MOORE, REBMAN & WILLIAMS**

BY:/s/ William J. Rieder
  **WILLIAM J. RIEDER, BPR #26551**
  **BARRETT S. ALBRITTON, BPR #22655**
  *Attorneys for LG Electronics USA, Inc.*
  601 Market Street, Suite 400
  Chattanooga, TN 37402
  (423) 756-7000 / (423) 756-4801 FAX
  wjr@srmw.com / bsa@smrw.com
  **P. MICHAEL FREED**
  **MARCUS T. STRONG**
  *Attorneys for LG Electronics USA, Inc.*
  1180 Peachtree Street, NE.
  Atlanta, GA 30309
  (404) 348-8585 / (404) 467-8845
  Michael.freed@lewisbrisbois.com
  Marcus.strong@lewisbrisbois.com

**LANGDON & EMISON, LLC**

BY:/s/ Connor Curran
   **DAVID BROSE, MO BPR #056244**
   **CONNOR CURRAN, MO BPR #069483**
   *Attorneys for Plaintiff*
   P.O. Box 220
   Lexington, MO 64067
   (660) 259-9914 / (660) 259-4571
   david@lelaw.com / connor@lelaw.com

   **DAVID W. HILL, BPR #019426**
   **JASON YASINSKY, BPR #029514**
   *Attorneys for Plaintiff*
   488 South Mendenhall Road
   Memphis, TN 38117
   dhill@nstlaw.com / jyasinski@nstlaw.com

**CARR ALLISON**

BY:/s/Michael J. Pethrick
   **SEAN W. MARTIN, BPR #020870**
   **MICHAEL J. PETHRICK, BPR #036155**
   *Attorneys for VGOD, Inc.*
   651 E. 4th Street, Suite 100
   Chattanooga, TN 37403
   (423) 648-9832 / (423) 648-9869 FAX
   swmartin@carrallison.com /
   mpetherick@carrallison.com

**MORRIS, MANNING & MARTIN, LLP**

BY: /s/Patrick L. Lowther
   **PATRICK L. LOWTHER,**
   **PRO HAC VICE**
   *Attorneys for New Age Investments*
   1600 Atlanta Financial Center
   3343 Peachtree Road, NE
   Atlanta, GA 30326
   (404) 233-7000
   plowther@mmmlaw.com

/s/Albert G. McLean
**ALBERT G. MCLEAN, BPR #5150**
SPICER RUDSTROM, PLLC
*Attorneys for New Age Investments*
119 S. Main St., Suite 700
Memphis, TN 38103
(901) 522-2324 / (901) 526-0213 FAX
amclean@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I electronically filed this **NOTICE OF AGREEMENT TO A MEDIATOR** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David W. Hill, Esq.
Jason Yasinsky, Esq.
Nahon, Saharovich & Trotz, PLC
488 South Mendenhall Road
Memphis, TN 38117

David Brose, Esq.
Langdon & Emison LLC
P.O. Box 220
Lexington, Missouri 64067

William J. Rieder, Esq.
Barrett S. Albritton, Esq.
Spears, Moore, Rebman & Williams
601 Market Street, Suite 400
Chattanooga, TN 37402

Sean W. Martin, Esq.
Michael J. Petherick, Esq.
Carr Allison
651 E. 4th St., Suite 100
Chattanooga, TN 37403

Patrick L. Lowther, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

P. Michael Freed, Esq.
Marcus T. Strong, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street, NE.
Atlanta, GA 30309

Albert G. McLean, Esq.
Spicer, Rudstrom, PLLC
119 S. Main St., Suite 700
Memphis, TN 38103

/s/ Albert G. McLean
Albert G. McLean
amclean@spicerfirm.com