**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID BISHOP,            ) | |
|     Plaintiff,                    ) | |
| v.                                  ) | No. 2:19-cv-02127-SHL-dkv |
| VGOD, INC., LG CHEM AMERICA, INC., ) | |
| LA VAPOR, INC. and VAPOR BEAST, ) | |
| LLC,                               ) | |
|     Defendants.              ) | |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME**

Before the Court is Defendant Vapor Beast, LLC's ("Vapor Beast") Consent Motion for Entry of Order Allowing Extension of Time for Defendant Vapor Beast, LLC to Serve Its Initial Disclosures, filed July 10, 2019. (ECF No. 67.) The Motion seeks, pursuant to Federal Rule of Civil Procedure 6(b), an extension of time up to and including **July 29, 2019**, within which to serve initial disclosures. (Id.) As good cause for the Motion, Vapor Beast states that it "was first brought into the action pursuant to the Second Amended Complaint on May 24, 2019." (See id.)[1] In addition, the Motion states that counsel was assigned to the case on June 26, 2019, and needs additional time to gather as much required information as possible to satisfy this discovery obligation. (Id.) Finally, the Motion states that Plaintiff David Bishop agrees to the relief sought. (Id.)

The Court finds the Motion well-taken and **GRANTS** it. Vapor Beast shall serve initial disclosures on Mr. Bishop **by or before July 29, 2019**.

---

[1] However, as Vapor Beast stated in a previous Motion, it was served process on June 17, 2019. (See ECF No. 60 at PageID 590.) Because service of process occurred long after the March 6, 2019, Rule 26(f) conference in this matter, (see ECF No. 18), Vapor Beast's deadline to serve initial disclosures is July 17, 2019. See Fed. R. Civ. P. 6(a)(1), 26(a)(1)(D) (providing that parties who are served after a Rule 26(f) conference have 30 days from the date of service to make initial disclosures).

**IT IS SO ORDERED,** this 11th day of July, 2019.

                                                     s/ Sheryl H. Lipman
                                                    SHERYL H. LIPMAN
                                                    UNITED STATES DISTRICT JUDGE