Saint Francis Hospital - Bartlett
2986 Kate Bond Road
Bartlett, TN 38133-4003

| | | | |
|---|---|---|---|
| **Patient:** | BISHOP, DAVID M | **Attending Provider:** | MAY MD,WILLIAM B |
| **MRN #:** | 61094285 | **Admission Date:** | 5/31/2018 |
| **Account #:** | 79179479 | **Discharge Date:** | 5/31/2018 |
| **DOB/Age/Sex:** | / Male | **Lab Medical Director(s):** | Justin C. Adler, MD |

## *Emergency/Urgent Care*

Document Type: ED Note-Physician
Document Subject: Facial burn
Document Date/Time: 5/31/2018 08:45 CDT
Document Status: Auth (Verified)
Performed By: Hale,Timothy (5/31/2018 08:49 CDT)
Authenticated By: WATSON,NICHOLAS E (5/31/2018 09:18 CDT); WATSON, NICHOLAS E (5/31/2018 09:18 CDT); Hale,Timothy (5/31/2018 09:06 CDT); Hale,Timothy (5/31/2018 09:03 CDT)

### Facial burn

Patient: **BISHOP, DAVID M**   MRN: **61094285**   FIN: **79179479**
Age:       Sex: **Male**   DOB:
Associated Diagnoses: **Lip laceration; Burn**
Author: **Hale, Timothy**

**Basic Information**
   **Time seen:** Date & time 05/31/2018 08:41:00.
   **History source:** Patient.
   **Arrival mode:** Private vehicle.
   **History limitation:** None.
   **Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint
      05/31/2018 08:40 CDT    Chief Complaint        PT states that vaper machine blew up in face causing significant facial trauma and (L) hand laceration; PT states that he ingested battery acid from vapor machine .

**History of Present Illness**
   The patient presents with burn. The onset was 30 minutes ago. The course/duration of symptoms is constant. Agent acid electronic cigarette. Location: face. The character of symptoms is pain and swelling. The degree of symptoms is severe. Risk factors consist of none. Prior episodes: none. Therapy today: see nurses notes. Associated symptoms: none. Associated injury: none. The location where the incident occurred was at home. Patient admits to smoking a electronic cigarette and cigarette blew up in his face x 30 mins ago. Denies fever and chills. Admits battery acid got in his mouth.. Entered by Timothy Hale, scribe, on behalf of Dr. Watson.

**Review of Systems**
   **Constitutional symptoms:** no fever, no chills.
   **Skin symptoms:** Burns, lip laceration, no rash.
   **Eye symptoms:** no recent vision problems.
   **ENMT symptoms:** no ear pain, no sore throat, no nasal congestion.
   **Respiratory symptoms:** no shortness of breath, no cough.
   **Cardiovascular symptoms:** no chest pain.
   **Gastrointestinal symptoms:** no nausea, no vomiting, no diarrhea, no constipation.
   **Genitourinary symptoms:** no dysuria.
   **Musculoskeletal symptoms:** no back pain.
   **Neurologic symptoms:** no headache.
   **Psychiatric symptoms:** no anxiety, no depression.
   **Endocrine symptoms:** no polyuria.
   **Hematologic/Lymphatic symptoms:** bruising tendency negative.
   **Allergy/immunologic symptoms:** no seasonal allergies.
      Additional review of systems information: All other systems reviewed and otherwise negative, All systems reviewed as documented in chart.

**Health Status**