UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID BISHOP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 2:19-cv-02127-SHL-dkv |
| LG CHEM AMERICA, INC., | ) | |
| VGOD, INC., | ) | |
| LA VAPOR, INC., and | ) | |
| VAPOR BEAST LLC | ) | |
| Defendants. | ) | |

## LA VAPOR, INC.'S NOTICE OF SERVICE OF
## FIRST SUPPLEMENTAL INITIAL DISCLOSURES

Defendant LA Vapor, Inc. ("LA Vapor"), by and through its attorneys of record, certifies

on this 25th day of October 2019, LA Vapor served its First Supplemental Initial Disclosures,

pursuant to Rule 26(a)(1)(A), via electronic mail to:

David Brose, Esq.
Langdon & Emison
911 Main Street
Lexington, MO 64067
david@lelaw.com

David W. Hill, Esq.
Jason Yasinksy, Esq.
Nahon, Saharovich & Trotz, PLC
488 South Mendenhall Road
Memphis, TN 38117
dhill@nstplc.com

William J. Rieder
Spears, Moore, Rebman & Williams, P.C.
601 Market Street, Suite 400
Chattanooga, TN 37402
wjr@srmw.com

P. Michael Freed
Marcus T. Strong
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE, Suite 2900
Atlanta, GA 30309
Michael.Freed@lewisbrisbois.com
Marcus.Strong@lewisbrisbois.com

James E. Embrey, Jr.
Hall Booth Smith, P.C.
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
jembrey@hallboothsmith.com

Michael James Petherick
Sean William Martin
Carr Allison
651 East 4th Street, Suite 100
Chattanooga, TN 37403
mpetherick@carrallison.com
swmartin@carrallison.com

Respectfully submitted, this the 25th day of October, 2019.


/s/ *Melody McAnally*
Melody McAnally (TN No. 025971)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
(901) 680-7322
melody.mcanally@butlersnow.com

Tori S. Levine (pro hac vice)
Wilson Elser Moskowitz Edelman & Dicker LLP
Bank of America Plaza - 901 Main Street, Suite 4800
Dallas, TX 75202-3758
(214) 698-8000
tori.levine@wilsonelser.com

*Counsel for Defendant LA Vapor, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 25, 2019, a true and correct

copy of the foregoing document was served by electronic means through the Court's ECF

System to the following counsel of record:

David Brose, Esq.
John M. Tyner, Esq.
Langdon & Emison LLC
911 Main Street
Lexington, Missouri  64067

And

David W. Hill, Esq.
Jason Yasinksy, Esq.
Nahon, Saharovich & Trotz, PLC
488 S. Mendenhall Road
Memphis, TN  38117

*Counsel for Plaintiff*

William J. Reider, Esq.
Barrett S. Albritton, Esq.
Spears, Moore, Rebman & Williams
601 Market Street, Suite 400
Chattanooga, TN  37402

and

P. Michael Freed, Esq.
Marcus T. Strong, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Counsel for Defendant LG Chem America, Inc.*

Sean W. Martin, Esq.
Michael Petherick, Esq.
Carr Allison
651 E. 4th Street, Suite 100
Chattanooga, TN 37403

*Counsel for Defendant VGOD, Inc.*

James R. Embrey, Jr.
Hall Booth Smith, PC
434 Church Street, Suite 2950
Nashville, TN 37219

*Counsel for Defendant Vapor Beast, Inc.*

/s/ *Melody McAnally*

49916850.v1