UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **DAVID BISHOP** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )  CASE NO.: 2:19-CV-02127 |
| | ) |
| **LG CHEM AMERICA, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## JOINT STIPULATED DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff David Bishop and LG Chem America, Inc., by and through counsel of record, and stipulate to the dismissal WITH PREJUDICE, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), of Defendant LG Chem America, Inc.

Respectfully submitted,

*/s/ John M. Tyner*

David Brose (MO# 56244)
John M. Tyner (MO# 58864)
LANGDON & EMISON LLC
911 Main Street
P.O. Box 220
Lexington, Missouri 64067
Phone: 660-259-6175
Fax: 660-259-4571

David W. Hill (#019426)
Jason Yasinksy (#029514)
NAHON, SAHAROVICH & TROTZ, PLC
488 South Mendenhall Road
Memphis, Tennessee 38117
Phone: 901-683-2751
Fax: 901-746-1510

*Attorneys for Plaintiff*

1

/s/ *Marcus Strong*
P. Michael Freed
Marcus T. Strong
LEWIS BRISBOIS BISGAARD & SMITH LLP
1180 Peachtree Street, NE.
Atlanta, GA 30309

***Attorneys for LG Chem America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system.

*/s/ John Tyner*