# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DAVID BISHOP, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    2:19-cv-02127-SHL |
| | ) |
| LG CHEM AMERICA, INC. | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed February 21, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing With Prejudice as to Defendant LG Chem America, Inc. (ECF No. 155) filed May 20, 2020, and pursuant to F.R.C.P. 41, all claims in this matter, as to LG Chem America, Inc. are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

May 20, 2020
Date